The trial judge's order entered on November 4, 1994, is subject to the interpretation that the plaintiff was given 28 days from November 4 to present evidence in opposition to the motion for summary judgment and that the order would not be made final until 28 days from November 4, 1994. During my tenure on the trial bench, it was not unusual for an order to be entered and to be made final 28 or 30 days from the date of the entry. The order entered in this case is subject to that interpretation. Rule 58(b), Ala.R.Civ.P., provides, in pertinent part: "The judgment or order . . . will be sufficient if [among other things it] indicates an intention to adjudicate, considering the whole record." The order does not clearly indicate an intention to adjudicate; indeed, it can be reasonably interpreted as indicating an intent not to adjudicate as of November 4. Therefore, it seems particularly harsh for this Court to treat the November 4 order as final and to calculate the appeal period from that date. I therefore dissent.
MADDOX, J., concurs.